IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL ERIC DRAKE, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : No. 11-5514 |
| CITY OF PHILADELPHIA, PHILADELPHIA PRISON SYSTEM, PHILADELPHIA HEALTH SYSTEM and FRANKFORD HOSPITAL, | : |
| Defendants. | : |

**O R D E R**

**AND NOW**, this 30th day of July, 2012, upon consideration of Defendant, City of Philadelphia's, Motion to Dismiss against Plaintiff, Michael Eric Drake (Doc. No. 18), it is hereby **ORDERED** that said Motion is **GRANTED**.  It is further **ORDERED** that upon consideration of Defendant, Frankford Hospital's, Motion for Summary Judgment (Doc. 19), said Motion is **GRANTED**.  All causes of actions against all Defendants are **DISMISSED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE